**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher Eugene HARRIS, Defendant–Appellant.**

No. 13–7820.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2014.

Decided: March 31, 2014.

Christopher Eugene Harris, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Eugene Harris, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2013) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harris,* No. 1:12–cv–00248–MR (W.D.N.C. Sept. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*